**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DORIS ROBERTS,

       Plaintiff,

vs.                                                    CASE NO. 05-73928
                                                       HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF
SOCIAL SECURITY

       Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
<u>JUDGE'S REPORT AND RECOMMENDATION</u>**

       Plaintiff filed the instant action seeking Social Security disability insurance benefits.  This matter is currently before the Court on Magistrate Judge Pepe's Report and Recommendation of September 30, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be denied and Defendant's Motion for Summary Judgment be granted.

       After a thorough review of the court file, the respective parties' motions and the Report and Recommendation, and noting that no timely objections have been filed, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

       Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Motion for Summary Judgment is DENIED.  Accordingly, this case is hereby DISMISSED WITH PREJUDICE.  Judgment shall be entered accordingly.

       IT IS SO ORDERED.

                                                                s/Lawrence P. Zatkoff
                                                                LAWRENCE P. ZATKOFF
                                                                UNITED STATES DISTRICT JUDGE

Dated:  November 20, 2006

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 20, 2006.

                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290